1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  DANIEL K. WILSON, | No.  2:23-CV-1364-DMC-P |
| 12              Plaintiff, | |
| 13     v. | <u>ORDER</u> |
| 14  SISKIYOU COUNTY JAIL, et al., | |
| 15              Defendants. | |

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18  42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses himself from

19  this action.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

20  randomly assign this case to another Magistrate Judge for all further proceedings and make the

21  appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

22

23  Dated:  July 14, 2023

24                                                    _____
                                                     DENNIS M. COTA
25                                                    UNITED STATES MAGISTRATE JUDGE

26
27
28

                                                    1